# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| **TITAN FOWLES f/k/a DON ROBERT CURTIS,** | |
| Plaintiff, | Case No.: 2:19-cv-02222-KHV-GEB |
| v | |
| **ATCHISON AUTOMOTIVE PLAZA, INC. d/b/a LEWIS CHEVROLET BUICK,** | |
| Defendant. | |

## JOINT NOTICE OF MEDIATION

Plaintiff Titan Fowles and Defendant Atchison Automotive Plaza, Inc., by their respective undersigned counsel, pursuant to the Court's September 18, 2019, Scheduling Order (ECF #21), respectfully and jointly provide notice that the parties have agreed to participate in mediation on Wednesday, January 22, 2020, starting at 9:30 a.m.  The parties have selected Judge Kevin Moriarty, at Moriarty Mediation, 7007 College Blvd., Suite 430, Overland Park, KS 66211, to serve as mediator.  Judge Moriarty's telephone number is (913) 283-7003.

Respectfully submitted,

**Bell Law, LLC**


s/ Mark W. Schmitz
Bryce B. Bell   KS#20866
Mark W. Schmitz   KS#27538
2600 Grand Blvd., Ste. 580
Kansas City, MO   64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com
Attorneys for Plaintiff


**Case Linden P.C.**


s/Patric S. Linden
Kevin D. Case, KS 14570
Patric S. Linden, KS 18305
Nicholas C. Vrana, KS 26530
2600 Grand Boulevard, Suite 300
Kansas City, MO   64108
Tel:   (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com
nicholas.vrana@caselinden.com
Attorneys for Defendant

**Certificate of Service**

   I hereby certify that on January 6, 2020, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Mark W. Schmitz
Bryce B. Bell
Bell Law, LLC
2600 Grand Blvd., Ste. 580
Kansas City, MO  64108
Attorneys for Plaintiff

                   s/Patric S. Linden
                   Patric S. Linden