### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | |
|---|---|
| **TITAN FOWLES** ) | |
| f/k/a Don Robert Curtis ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 2:19-cv-02222 -KHV-GEB |
| v. ) | |
| ) | |
| **ATCHISON AUTOMOTIVE PLAZA,** ) | |
| **INC.** ) | |
| **d/b/a LEWIS CHEVROLET BUICK** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and causes of action in this case with prejudice. Parties shall bear their own fees and costs.

1

Respectfully submitted,

*/s/ Mark W. Schmitz*
Bryce B. Bell     KS#20866
Mark W. Schmitz   KS#27538
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com
*Attorneys for Plaintiffs*


*/s/* Patric S. Linden
Kevin D. Case    KS#14570
Patric S. Linden  KS#18305
Nicholas C. Vrana KS#26530
Case Linden P.C.
2600 Grand Blvd., Suite 300
Kansas City, MO 64108
T: 816-979-1500
F: 816-979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com
nicholas.vrana@caselinden.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed with the Court's CM/ECF e-Filing system on February 3, 2020, and thereby served upon all attorneys of record.

*/s/ Mark W. Schmitz*